'

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No.  2:25-mc-00212-KJM-SCR |
| Plaintiff, | |
| v. | ORDER |
| AKEMI BOTTARI, | |
| Defendant. | |

Before the Court is Defendant Akemi Bottari's request to transfer venue in this matter to the Western Division of the Central District of California.  ECF No. 7.  Defendant states that she currently resides in Los Angeles County and would like to be able to attend any hearings that may be held.  *Id*. at 3.  Plaintiff filed a Notice (ECF No. 10) stating that it has no opposition to transfer to the Central District of California.  The Court finds transfer of venue is appropriate.  *See* 28 U.S.C. § 1404(a) ("For the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented.").

Accordingly, **IT IS HEREBY ORDERED**:

1.   This action, including any pending motions, is TRANSFERRED to the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1404(a).

////

1

2. The Clerk shall close this case.

DATED: January 26, 2026.

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE